

MINUTE ENTRY
SEAR, J.
APRIL 13, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARRYL WATKINS | CIVIL ACTION |
| VERSUS | NO. 00-75 |
| TRICO MARINE SERVICES, INC. | SECTION "G"(3) |

### O R D E R

The above matter is related to a similar proceeding previously re-allotted to Section "E" of this Court, Civil Action No. 00-92 (1) <u>Highland Towing v. M/V Elkhorn River et al</u> in accordance with Local Rule 3.1;

IT IS ORDERED, that the above matter is transferred to Section "E" of this Court.

_____
MOREY L. SEAR
UNITED STATES DISTRICT JUDGE

APR 17 2000

TRANSFERRED TO

SECT. E

MAG. 1

DATE OF ENTRY
APR 1 8 2000