

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DARRYL WATKINS                                      CIVIL ACTION

versus                                              No. 00-75

TRICO MARINE SERVICES, INC., TRICO                  SECTION: E/1
 MARINE ASSETS, INC., TRICO MARINE
 OPERATORS, INC., and CERTAIN INTERESTED
 UNDERWRITER'S AT LLOYD'S

### ORDER OF DISMISSAL

Counsel for the parties, J. Mac Morgan and Michael Mire, advised the Court that all parties have reached a compromise, including, if applicable, any cross-claims, counter-claims, interventions, limitation proceedings or third-party demands.

Accordingly,

**IT IS ORDERED** that the above-captioned civil action be dismissed without costs, but without prejudice to the right, upon good cause shown within sixty (60) days, to seek summary judgment enforcing the compromise if it is not consummated by that time. Should defendants fail to pay settlement funds within sixty (60)

DATE OF ENTRY
APR 2 8 2000



days from the date of entry of this order, legal interest at the federal rate shall be owed commencing from the 61st day from the date of entry until paid.

New Orleans, Louisiana, April 27, 2000.

_____
MARCEL LIVAUDAIS, JR.
United States District Judge