



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DARRYL WATKINS | * | CIVIL ACTION |
| VERSUS | * | NO: 00-0075 |
| TRICO MARINE SERVICES, INC. | * | SECTION: E (3) |
| | * | JUDGE MARCEL LIVAUDAIS |

JOINT MOTION AND ORDER OF DISMISSAL WITH PREJUDICE

On joint motion of plaintiff, Darryl Watkins, and defendant, Trico Marine Operators, Inc., Trico Marine Assets, Inc., Trico Marine Services, Inc., certain underwriters at Lloyds and Tidewater, Inc., appearing herein through their undersigned counsel of record, and upon suggesting to the Court that all of plaintiff's claims against Trico Marine Operators, Inc., Trico Marine Assets, Inc., Trico Marine Services, Inc. and certain underwriters at Lloyds, in the above-numbered and entitled cause of action have been fully compromised and settled, and upon further representing that the parties desire this Court to retain jurisdiction over any disputes involving the validity, interpretation, performance, breach or enforcement of the Receipt, Release and Indemnity Agreement entered into between Darryl Watkins and Trico Marine Services, Inc., it is hereby requested that the above-entitled cause of action be dismissed with prejudice, each party to bear their own costs, and reserving this

DATE OF ENTRY
MAY 2 6 2000



Court's jurisdiction over any disputes involving the validity, interpretation, performance, breach or enforcement of the Receipt, Release and Indemnity Agreement entered into between Darryl Watkins and Trico Marine Operators, Inc., Trico Marine Assets, Inc., Trico Marine Services, Inc., certain underwriters at Lloyds and Tidewater, Inc.

The above and foregoing Joint Motion and Order of Dismissal having been duly considered;

IT IS ORDERED, ADJUDGED AND DECREED that the same be and is hereby GRANTED, dismissing the above numbered and titled cause of action WITH PREJUDICE, each party to bear its own costs. This Court retains jurisdiction over any disputes relating to the validity, interpretation, performance, breach or enforcement of the Receipt, Release and Indemnity Agreement entered into between Darryl Watkins and Trico Marine Operators, Inc. , Trico Marine Assets, Inc., Trico Marine Services, Inc., certain underwriters at Lloyds and Tidewater, Inc.

New Orleans, Louisiana, this ____ day of _____, 2000.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

LAW OFFICE OF J. MAC MORGAN

_____
J. MAC MORGAN, LSB #17720
P.O. Box 24501
318 Lake Marina Avenue
Suite 217
New Orleans, LA 70184
Telephone: 504/282-1264
Attorney for Plaintiff,
Darryl Watkins


ADAMS AND REESE, L.L.P.

_____
EDWIN C. LAIZER, LSB #17014
MICHAEL N. MIRE, LSB #21756
4500 One Shell Square
New Orleans, LA 70139
Telephone: 504/581-3234
Attorneys for Defendant,
Trico Marine Operators, Inc.


### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been forwarded to all counsel of record by U.S. Mail, postage prepaid, and properly addressed, this 19TH day of May, 2000.

_____
Michael N. Mire

- 3 -